[No. 11379–8–I.   Division One.   March 19, 1984.]

RAYMUND BRENNAN, ET AL, *Appellants,* v. KING
COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 81–2–14861–1, Frank D. Howard, J., entered

February 17, 1982. *Affirmed* by unpublished opinion per Soderland, J. Pro Tem., concurred in by Corbett, A.C.J., and Andersen, J.